IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RUFUS A. PARTLOW, JR.            :

    vs.                          :           CIVIL ACTION NO. 02-3188

AMERICAN RED CROSS, et al.       :

## ORDER

**AND NOW**, this      day of September, 2002, the court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

- [ ]   -   Order staying these proceedings pending disposition of a related action.

- [ ]   -   Order staying these proceedings pending determination of arbitration proceedings.

- [ ]   -   Interlocutory appeal filed

- [X]   -   Other: <u>Pending a decision by the Pennsylvania Superior Court in a related state court action filed in the Court of Common Pleas of Philadelphia County.</u>

it is

    **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

    **FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

                                       **BY THE COURT:**

                                  _____
                                  JOHN P. FULLAM, Sr. J.

9/5/02 copies mailed to:
George D. Walker, Esq.
Richard L. Strouse, Esq.

Civ. 13 (8/80)